467 A.2d 62

Jones, Appellants v. Kensington Hospital.
Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Argued September 13, 1983.   Louis M. Paul, for appellants;  Joseph R. Livesey, for Kensington, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Order affirmed.

467 A.2d 62

Malayalee Assoc. of Greater Phila, Appellant v. Mathew.

Argued September 13, 1983.
William P. Thorn, for appellant;  Paul Auerbach, for appellees.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Order affirmed.